23705.   LaMoneda *v.* Mayor and Aldermen of Savannah.

Guerry, J.   This case is controlled by the decision in *Andeppa* v. *Savannah,* ante.

Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.

Decided December 22, 1933.

23706.   Moore *v.* The State.

Broyles, C. J.   1. "It is well settled by numerous rulings of the Supreme Court and of this court that the law of voluntary manslaughter may properly be given in charge to the jury on the trial of one indicted for murder, where, from the evidence or from the defendant's statement to the jury, there is *anything deducible* which would *tend* to show that he was guilty of manslaughter, voluntary or involuntary, or which would be sufficient to raise a doubt as to whether the homicide was murder or manslaughter." *May* v. *State,* 24 *Ga. App.* 379, 382, and cit.   In the instant case, portions of the evidence and of the defendant's statement to the jury authorized a finding that the deceased, immediately prior to the homicide, made an attempt to commit a serious personal injury on the defendant, and that the attempt was coupled with such threats and abusive language directed at the defendant as to arouse in his breast a sudden and violent heat of passion and to exclude all idea of deliberation or malice.   Therefore the court properly instructed the jury upon the law of voluntary manslaughter.

2. The fact that the court, *in the absence of an appropriate and timely request,* failed to charge upon the character of the deceased for violence does not require a reversal of the judgment.   *Tillman* v. *State,* 136 *Ga.* 59 (70 S. E. 876) ; *Moon* v. *State,* 22 *Ga. App.* 617 (2) (97 S. E. 81).

(a)   "The ruling in *Seymore* v. *State,* 102 *Ga.* 803 (30 S. E. 263), cited by counsel for plaintiff in error, is, by the language of the opinion (p. 806), as well as the headnote, confined to the 'special and peculiar facts' of that case, which take it out of the general rule.   In our opinion, the circumstances of the instant case do not bring it within the exception contemplated by that decision." *Mills* v. *State,* 17 *Ga. App.* 116 (1).   The ruling in the *Mills* case is applicable to this case.

3. The verdict was amply authorized by the evidence.

Judgment affirmed.   MacIntyre and Guerry, JJ., concur.

Decided December 22, 1933.

*J. B. Jackson, A. M. Zellner, W. Carlton Mobley,* for plaintiff in error.

*Frank B. Willingham, solicitor-general, W. A. McClellan,* contra.